UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

EMPRESAS LOURDES S.A.
        Plaintiff(s)
    v.

PITTRA, GB, INTERNATIONAL
LLC, et al
        Defendant(s)

CIV. NO. 05-1409 (HAA)

Hon. Harold A. Ackerman
  U.S. District Judge

ORDER FOR SCHEDULING CONFERENCE

---

TO:

| | |
|---|---|
| John P. Gleason, Esq. | Michael M. Rosenbaum, Esq. |
| Email: jgleason@gleasonkoatz.com | Email: mrosenbaum@budd-larner.com |

It is on this 2nd day of MAY, 2005,

ORDERED, pursuant to Rule 16 of the Federal Rules of Civil Procedure, that a scheduling conference be held before the Honorable G. Donald Haneke, United States Magistrate Judge, on

**MAY 17, 2005 AT 1:00 P.M.**

If all counsel wish to conduct this conference by telephone with the Court, the Court will do so provided that counsel arrange and initiate the conference call and provided that plaintiff's counsel advises in advance that the matter will be handled by telephone. The Court encourages this telephone procedure as a way to save time and money for the parties, and it is further

ORDERED that counsel for all parties (or the parties themselves if they are appearing pro se) shall participate at the conference. An order will be entered at the conference determining (1) the time for completion of discovery, (2) the date of the next conference as appropriate, and (3) any other matters which are necessary.

IT IS THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO PROVIDE ANY PARTY WHO HEREAFTER ENTERS AN APPEARANCE IN THIS ACTION WITH A COPY OF THIS NOTICE.

The Court also directs your attention to the following additional matters:

1) In the interest of judicial and litigant economy, counsel must come to the Rule 16 conference fully prepared to discuss all of the discovery matters enumerated in Local Civil Rule 16.1(b). <u>No written discovery memorandum or information sheet will be required by the undersigned Magistrate</u>. If any counsel believes that some complex or unusual matter will require the Court's attention at the Rule 16 conference, he or she should submit a brief written description of that matter 7 days prior to the conference so that the Court will be prepared to address the matter at the conference;

2) Sanctions are distasteful to counsel and to the Court. Rule 16(f) does allow suitable sanctions, however, if counsel fail to appear at the conference or are unprepared;

3) If the case appears to be subject to arbitration under Local Civil Rule 201.1, the Court will make that determination at the conference and will provide you with further details about the arbitration program at that time;

4) If the case is settled or otherwise disposed of before the date of the conference, please advise the Magistrate's chambers promptly either in writing or by telephone;

5) If a potentially case dispositive motion has been filed by any party prior to the scheduled Rule 16 conference, the Court will normally, upon request by counsel, adjourn the Rule 16 conference pending a decision on the dispositive motion.

<u>ANY</u> COMMUNICATIONS REGARDING THIS CONFERENCE OR ANY OTHER ISSUES ABOUT THIS LITIGATION MUST BE DIRECTED IN WRITING, BY EITHER REGULAR OR EXPRESS MAIL, TO THE MAGISTRATE JUDGE. KINDLY REFRAIN FROM E-FILING CORRESPONDENCE.

PLEASE NOTE THAT THE RULE 16 CONFERENCE WILL BE CONDUCTED IN CHAMBERS RATHER THAN IN THE COURTROOM EXCEPT IN CASES INVOLVING MORE THAN 7 ATTORNEYS.

        S/ G. DONALD HANEKE
        UNITED STATES MAGISTRATE JUDGE

cc: Honorable Harold A. Ackerman
    United States District Judge

    Mary Fenzel, Deputy Clerk