| | |
|---|---|
| EMPRESAS LOURDES S.A., | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | |
| | Hon. Harold A. Ackerman |
| -vs- | Civil Action No. 05-1409 (HAA) |
| PITTRA, GB, INTERNATIONAL, INC., et al., | |
| | **ORDER** |
| Defendant(s). | |

It appearing that proceedings in the above matter have been stayed pending the disposition of hearings before the United States Bankruptcy Court which may become dispositive of the litigation here pending,

It is on this 14th day of February, 2006,

**ORDERED** that the Clerk administratively terminate the action in its records, without prejudice to the right of the parties to reopen the proceeds for good cause shown for the entry of any stipulation of order or for any other purpose required to obtain a final determination of the litigation.

HAROLD A. ACKERMAN
United States District Judge

Orig: Clerk of the Court
cc: Hon. Mark Falk, U.S.M.J.
 Parties
 File